IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:94cr25-MHT |
| OSSIE O. McCAULEY, III | ) | (WO) |

ORDER

It is ORDERED that the motion to reconsider (doc. no. 1075) is denied.  While the court applied the factors set out in 18 U.S.C. § 3553(a) to determine an appropriate sentence within the guidelines, it is clear that United States v. Booker, 543 U.S. 220 (2005), and Kimbrough v. United States, 552 U.S. 85 (2007), do not apply to sentence reductions made pursuant to 18 U.S.C. § 3582(c)(2).  See United States v. Melvin, 556 F.3d 1190, 1194 (11th Cir. 2009) (holding that "district court erred in relying on Booker and Kimbrough to reduce [defendant's] sentences" below guideline range in a § 3582(c)(2) proceeding), cert. denied, ___ U.S. ___, 129

S.Ct. 2382 (2009); see also United States v. Starks, 551 F.3d 839 (8th Cir. 2009); United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009); United States v. Rhodes, 549 F.3d 833 (10th Cir. 2008).

    DONE, this the 7th day of July, 2009.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE